IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO CANTU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; NORBERTO ELIZONDO, JOEL CHAVEZ, BILLY EVANSJR., <br><br>*Plaintiffs,* <br><br>vs. <br><br>MAMMOTH ENERGY SERVICES, HIGHER POWER ELECTRICAL, LLC, <br><br>*Defendants.* | SA-19-CV-00615-DAE |

## ORDER

Before the Court in the above-styled cause of action is Plaintiffs' Motion for Conditional Certification and for Notice to Putative Class Members [#20]. After a hearing on the same, the Court ordered the parties to confer on certain matters. The parties did so, and on February 3, 2020, they filed a joint advisory in which they indicated that they had reached an agreement on the scope of the class and that they anticipated sending out notice to the agreed class within 30 days. They also indicated they were conferring on the content of the notice and that they would notify the Court by February 7, 2020 if they could not reach an agreement regarding the same. On February 24, 2020, the Court issued an Order for the parties to file any objection to the Court's dismissing as moot Plaintiffs' Motion for Conditional Certification on or before February 28, 2020. To date, no party has filed an objection, and therefore the Court will dismiss the motion as moot.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Conditional Certification and for Notice to Putative Class Members [#20] is **DISMISSED AS MOOT**.

1

**IT IS SO ORDERED.**

SIGNED this 4th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE