## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO CANTU and NORBERTO ELIZONDO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAMMOTH ENERGY SERVICES, INC. d/b/a COBRA ENERGY and HIGHER POWER ELECTRICAL, LLC<br><br>Defendants. | **CIV. A. NO. 5:19-cv-00615-DAE** |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notice of consent:

1.  McAlister, James

Respectfully submitted,

By: /s/ *Michael A. Josephson*
    Michael A. Josephson
    Texas Bar No. 24014780
    Andrew W. Dunlap
    Texas Bar No. 24078444
    Richard M. Schreiber
    Texas Bar No. 24056278
    **JOSEPHSON DUNLAP LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    **AND**

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    **BRUCKNER BURCH, P.L.L.C.**
    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    713-877-8788 – Telephone
    713-877-8065 – Facsimile
    rburch@brucknerburch.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 23rd day of July 2020.

/s/ *Michael A. Josephson*
Michael A. Josephson

**CONSENT TO JOIN LAWSUIT AGAINST
COBRA AND HIGHER POWER**

Printed Name: James Ryan McAlister

1. I hereby consent join the collective action lawsuit filed against Mammoth Energy Services, Inc. d/b/a Cobra Energy (Cobra) and Higher Power Electrical (Higher Power) to pursue my claims of unpaid overtime during the time that I worked with Cobra, Higher Power, and/or their clients.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, LLP and BRUCKNER BURCH PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs Francisco Cantu and Norberto Elizondo and their Counsel make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Counsel regarding attorneys' fees and costs, and all other matters pertaining to the Lawsuit.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against Cobra, Higher Power, and/or their clients.

Signature: james mcalister (Jul 20, 2020 12:01 CDT)

Date Signed: Jul 20, 2020

EXHIBIT 1