IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FRANCISCO CANTU and NORBERTO ELIZONDO, individually and on behalf of all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC. d/b/a COBRA ENERGY and HIGHER POWER ELECTRICAL, LLC<br><br>*Defendants*. | CIV A. NO.: 5:19-cv-00615<br><br>JURY TRIAL DEMANDED<br><br>CLASS/COLLECTIVE ACTION<br><br>PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

## JOINT NOTICE OF ALTERNATIVE DISPUTE RESOLUTION

Plaintiff Norberto Elizondo, individually and on behalf of all other similarly situated ("Plaintiff") and Defendants Mammoth Energy Services, Inc. *d/b/a* Cobra Energy ("Cobra") and High Power Electrical, LLC ("HPE") (collectively, "Defendants") file this Joint Notice of Mediation.

The Parties are in the process of exchanging written discovery and anticipate mediating no later than February 26, 2021.

| | |
|---|---|
| Dated: December 21, 2020 | Respectfully submitted, |
| | **PORTER HEDGES LLP** |
| **OF COUNSEL:** | |
| Alison P. Henderson<br>Texas State Bar No. 24087707<br>S.D. Tex. Bar No. 2228628<br>Kelly R. Ferrell<br>Texas State Bar No. 24093434<br>S.D. Tex. Bar No. 621240<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas  77002-7332<br>Telephone:  (713) 226-6728<br>                    (713) 226-6739<br>Facsimile:   (713) 226-6328<br>                    (713) 226-6239<br>ahenderson@porterhedges.com<br>kferrell@porterhedges.com | By:  */s/ William R. Stukenberg*<br>William R. Stukenberg<br>Texas Bar No. 24051397<br>S.D. Tex. Bar No. 55792<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone:       (713) 226-6611<br>Facsimile:         (713) 226-6211<br>wstukenberg@porterhedges.com<br><br>**ATTORNEY-IN-CHARGE FOR DEFENDANTS** |
| **ATTORNEYS FOR DEFENDANTS** | |

| | |
|---|---|
| **BRUCKNER BURCH PLLC** | **JOSEPHSON DUNLAP LAW FIRM** |
| By:  */s/ David I. Moulton*<br>         Richard J. (Rex) Burch<br>         Texas Bar No. 24001807<br>         David I. Moulton<br>         Texas Bar No. 24051093<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>Telephone:       (713) 877-8788<br>Telecopier:       (713) 877-8065<br>rburch@brucknerburch.com<br>dmoulton@brucknerburch.com | Michael A. Josephson<br>Texas Bar No. 24014780<br>Andrew W. Dunlap<br>Texas Bar No. 24078444<br>11 Greenway Plaza, Ste. 3050<br>Houston, Texas 77046<br>Telephone:       (713) 352-1100<br>Telecopier:       (713) 352-3300<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com |

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I served this document on all registered parties and/or their counsel of record, via the Court's ECF System on December 21, 2020.

                                  **/s/David I. Moulton**
                                  _____
                                  David I. Moulton