IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FRANCISCO CANTU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL., | § § § § | |
| *Plaintiffs*, | § § | SA-19-CV-00615-DAE |
| vs. | § § | |
| MAMMOTH ENERGY SERVICES, HIGHER POWER ELECTRICAL, LLC, | § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action are Plaintiffs' Motion to Compel Discovery [#103] and Plaintiffs' Motion to Compel Discovery [#106]. The motions were referred to the undersigned for disposition on February 16, 2022, and March 1, 2022, respectively. The Court held a hearing on the motions on March 14, 2022, at which counsel for all parties appeared via videoconference. After considering the motions, responses [#104, #110], replies thereto [#107, #112], the parties joint advisory [#111], and the arguments of counsel at the hearing, the Court made certain oral rulings and stated its reasons for those rulings on the record. The Court now confirms its rulings with the following written orders:

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Compel [#103] is **GRANTED IN PART** and Defendants are ordered to produce time and pay records for all opt in Plaintiffs.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel [#106] is **GRANTED IN PART** as follows:

1

- Plaintiffs' Motion to Compel Defendants' response to Request for Production item 53 is **GRANTED IN PART** and Defendants are ordered to produce completed IRS Form 4562s submitted by either Defendant for January 1, 2015, to present.

- Plaintiffs' Motion to Compel Defendants' response to Request for Production item 55 is **GRANTED IN PART** and Defendants are ordered to produce Schedule C forms filed by either Defendant for January 1, 2015, to present. Defendants may redact all portions of the form not related to deductions for compensation to workers.

- Plaintiffs' Motion to Compel Defendants' response to Request for Production item 56 is **DENIED**.

**IT IS FINALLY ORDERED** that all requested relief not explicitly granted herein is **DENIED**.

SIGNED this 14th day of March, 2022.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE